**E-FILED**
Thursday, 04 August, 2005  03:51:44 PM
Clerk, U.S. District Court, ILCD

**RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION
AND STATEMENT OF REASONS**


Case Name:     US vs BLOOMBERG


Case Number:   02-20031-01


The appeal time having expired and/or the appeal having been concluded, the original Sealed

Pre-sentence Report, Sentencing Recommendation and Statement of Reasons were returned to

the U.S. Probation Office on _____August 4, 2005_____.

                                 (Date)



                     Received by:


                     _____s/J. Newlin_____
                              U.S. Probation Office