2-20-8

Judge McCuskey,

    Well how are you your Honor? It's been a little over four years (1-10-3) since our final meeting. Hopefully you haven't yet retired, and are in a pleasant life. As for myself, I am alive (despite never receiving any medication for my Hep C) and became a bit happier determining that the Congress has chosen that the Crack sales sentencings had gone a "bit" (like myself) too deeper than they should of been. So what is your opinion of that?

    Oddly enough I used to somewhat enjoy going into your Courtroom. It was enjoyable leaving from Dewitt County Jail to your place in Urbana. Also arriving there, we also received lunches there from Zuppno's. Then, last but not least, the tensions of my case and your ocassional comedy-statements in your huge Courtroom. And speaking of tensions... The mostly drawn moment of the tensions that were placed upon me, was of coarse the hearing of my sentencing. Due that my first original Public Defender (Schwimm) explained to me of my charge (Pos. of 50 Grams of Crack with intent to Distribute) which drew a 32 Level for a Conviction. In addition, he also shown as of how my guilty plea response would lower my Level 32 to Level 29, which would be lessening my sentencing punishment. Due that the arrest was a fact, I did such. And then came a surprise. My new Atty. Alvarado arrived with no explanation as of my original Atty. Schwimm's disappearance. However he was also packing with another new surprise for me. He shown me that I was "officially" considered as a Habitual Criminal, jacking my Level up to 37 only to lowering me down to level 34 of my last criminal act.

Determining of that my sentence would of been at least twenty two years. Also some "genius" physician-inmate had stated prior that those of "Hep C" may survive about twenty years with medication. Since I had complete doubt that my life would remain following my sentence, and my mother's certainly wouldn't (be determining she'll be turning eighty eight this February) I questioned Atty. Alvarado as if I could ride with a Jury Trial? Reasoning being was the basic nature of life I was facing, plus some character Detective claimed during my pretrial hearing, that I was litterally snatched off a bus during my arrest. Atty. Alvarado stated (as his letter said) that it couldn't be done. As of that I geeked, and rolled like a bowling ball! In fact I had even sent letters to you stating that I would be willing to play undercover and bust Crack Dealers through out the country. I also even offered that for an only one year sentence, I'd be willing to be tossed then to Afghanistan, to try finding & kill Bin Laden.

"Yeah I'm getting too damned old, pissing away of what little life I may have left. The letter I'd received from my Atty Alvarado X did state it that you did have the capability of lowering that nasty 34 level surprise to, (what was my original 5 levels to the supposed original level 29. However then you'd only chosen me of those two.

"Well now you have the capability of lowering me down two more levels. Or do you actually have the opportunity of knocking me down to five, of which originally would of been down to level 27, as opposed of level 30. If so, what length of depth of those levels do you believe I am deserved? Obviously I favor that I do deserve the lowest, determining that was the original placement of which I deserved having. Yes, I

was a "Legal Sinner" into selling that crap. However, despite that, I can still live with my conscience knowing that I did tell everyone of them, at least once, that he or she should give up their use of it, to better their careers of lives without it. And of coarse all of them remembered me when I was riding with the illness. I believe I did also make a mention that my basic reasoning of doing such was After losing my job I'd had for twenty five months, I ala wornout my unemployment and lack accesses of (ever part-time) legitimate employment positions. Also I was (and am) one of those poor idiots without a Drivers License (which took me back to prison (2) for Parole Violation. I certainly didn't want to gamble that determining that my father's inheritence was drawn that if I ever return to prison, I am not to get a dime. During the time I was struggling, I had called my mother in Phoenix and pleaded that I may come out there? Then, my little brother Paul (possibly still) basically brainwashed my mother against me. Then when I became clean and borrowed $50⁰⁰ to assist me in purchasing me a "fifty rock" where I began with a ten dollar profit. Determinin as of where I was, and all the characters I knew, my business grew. Determing as of what I was doing, and knowing all of it's majority results, I was tired. On several ocassions I did call mama and said that I am not there to sponge from her and Paul. I had graduated my Wildlife Conservation Degree via ICS, and wanted a spot at some National Park. But the response was: "We don't want you anywhere around us." During my last fall Ma & Pa came and seen me that they were leaving, and move to Arizona. They also said that when I get out, they didn't wan

me, to come, there. They stated that it could be considered as "tough love." They said that they would place all of my things, and some of theirs to whomever I wished them to go for me. And left a little money in a bank account. Due that I had basically spent a lot of my life sponging upon them. Analyzing that I felt it was fair of which should of been done long ago. When released 5-16-97, I did make it on my own in a legitimate way. However when Firestone in Decatur became closed permanent, and several other corporation began to flitter away, job positions started becoming rare. Therefore lowering the legitimate spots for employment, and pinned without a Drivers License... I basically became damned of becoming a prisoner in Decatur. In fact, when I was arrest (at first) I had a small quantity, and oddly enough felt somewhat peaceful as if my shoulders had lifted. I was basically tired of what I was doing. I assumed I'd bail out, get an attorney, and do a few years. Then when a Detective stated that their boys were currently into my place. That I knew relatively squashed my bail, attorney, and being down about five years. And then I discovered that I officially stepped into the Big League, facing the Federal Government of which I certainly didn't plan or think was possible of my quantity! If I <u>had</u> known, I would of simply taken about everything I owned to the Pawn Shop and went away.

    Judge McCuskey there is not one word upon this letter carrying any BS. I certainly did deserve a bit of punishment for what I had done. In the "little" honor I did have, my clients average ages was 37.5 and <u>never</u> any pregnant woman would I even pass a joint!

Level 30 vs Level 27

                                          Sincerely,

P.S. Words states that Habitual Criminals do not receive credit of the two levels lowering. IF that is the case I was told that Congress is having a Hearing basically for their equal rights Despite that I did give my agreement before I was with the surprise of my Habitual Criminal position. Therefore I should despite all of that be lowered.