RECEIVED
MAR 14 2008
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

3-9-8

Chief Judge McCuskey

"Well congratulations as becoming "King". I'm somewhat pleased and surprised that you had remained there. In a prior letter (long ago) I suggested that you retire and take off for Vegas. There you could of possibly became a comedian kicking off your occasionally stated jokes you shared in your Courtroom.

Despite I somewhat enjoyed some of your humorous statements (none against me or my case) it may of been due of the intensity of which I was placed. Should I have been pleased that you have remained as my Judge?

Due of that dirty enhancement slung upon me, after I had my agreement of my Level 32 lowered down to Level 29. But of course after my fair agreement, I was awarded of my Levels having been risen up to Level 37, down to Level 34. There at my Sentence hearing, my Defense Attorney stated that you had the capability of lowering (five) of those Levels to determining upon my sentence. And then you had only lowered two of those five Levels in sparing me. Of course I did appreciate it, despite as of how stunned and upset I became from the small quantity of the drugs I had been charged of. In addition of that having the personal knowledge as of who and the ages of the buyers. I divided them of their ages combined coming to 37.5! If I were selling or sharing any of that crap to pregnant women or teenagers, I should of been slammed!

Well Judge McCuskey, "you the man." I've added the legitamate months of employments upon my life and have quite a few to cover for receiving Soc. Sec. If... that Hep C doesn't some-day get fixed, + take me out.

Sincerely
Mayor Bloomberg of Elkton

# Federal Public Defender
## Central District of Illinois

RICHARD H. PARSONS
Chief Federal Defender

401 Main Street, Suite 1500
Peoria, IL 61602

Telephone: (309) 671-7891
Telefax: (309) 671-7898

December 7, 2004

Mr. David Bloomberg
Reg. No. 12838-026
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

*I did have a couple copies of this in which I did send out. I'm certain as if I had sent one of them to you. If not, here ya go. If so... Diddo.*

Dear Mr. Bloomberg:

    I received your card of December 1st and because of the tone of your comments, I went back to your closed file to refresh my memory of your case. As you will recall, you pleaded guilty to the indictment without a cooperation agreement with the Government before I even handled your case. I took over before your sentencing and advised you then that you faced career offender sentencing because of your prior record. That automatically placed you at a base offense level of 37 which was then reduced to 34 because you accepted responsibility for your offense. Your guideline range was 262-327 months. As you may recall, the judge would have advised you at your plea that you cannot ordinarily withdraw your guilty plea, particularly if you receive erroneous advise as to the possible sentence. Nevertheless, I managed to get the Government to allow you to proffer information that resulted in a sentence reduction. You did not even have to agree to any appeal waivers as all other federal cooperating defendants are forced to do in the Central District of Illinois. The Government recommended a one level reduction, I asked for five, and the judge gave you a 2 level reduction. Your sentence was reduced to 210 months, a difference of 4 years and four months. Your cooperation did not lead to any more significant help to the Government after that and they were unwilling to grant any further sentence reduction.

    I am not sure what else you think I can do for you under the circumstances. As you may know, the *Blakely* decision has given a lot of hope to a lot of federal inmates that there sentences may eventually be reduced. Currently, the U.S. Supreme Court is deciding whether *Blakely* applies to the federal sentencing guidelines and if so, to what extent. When that decision is reached, I will be in a better position to determine whether you can seek any relief from your sentence. Until then, there is nothing that I can do for you.

    I hope things are going well for you and that this explanation gives you a clearer idea of the role I played in your defense.