
3-13-8

Chief Judge McCuskey,

    The following day I'd sent my last letter to you giving my thanks and appreciation of your assistance in the level reduction movement. This letter came from my Public Defender stating that he was stepping down from his assistance. He stated that those of the Habitual Criminal Act were not to be credited. As of my known legally knowledged friends here, one stated that it did come down to Congress. However, they were possibly debating of giving the Habituals the same capabilities of which maybe ruled in February. I of coarse certainly hoped of that. Then when I received a response from you two, I assumed it had be done. As of coarse though, it didn't.

    When being in a bad situation (perhaps low self-esteam) I generally expect the worse, and hope the best. This certainly "lightens the blow" when the bomb drops. I of coarse questioned my legal sidekicks as if there was anything that can give me a piece of that? I of coarse questioned as of the enhancement, determining as of how my legal level had began at thirty two, went down to twenty nine after I drew confession. Then that nasty surprise as into defining me being a Habitual Criminal, rising my level thirty four. Now why couldn't that be detected immediately before my confession? Or did it? I guess thats something I'll never know.

    One thing my legal sidekicks stated was that you could possibly do something of this. Neither of those two boys are under the bar, so if so neither the three of that would truly know.

    Sincerely, David Bloomberg  12838-026