02-20031  E-FILED
Monday, 31 March, 2008 01:59:31 PM
Clerk, U.S. District Court, ILCD

RECEIVED
MAR 31 2008
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

3-26-8

Chief Judge McCuskey,

Well this, maybe my last chance of reducing my sentencing. As much time, that I've screwed upon myself, I had plenty of time to learn all of the routes of the legal systems.

The letter I received from Atty. Alvarado on 12-7-4, stated that I pleaded guilty to the indictment without a cooperation agreement with the Goverment before he (Alvarado) taken the case. My first Public Defender Atty. Schwimm, simply told me the option of copping a plea which would lower my Levels of three. Despite of not claiming as a "math wizard," I assumed that the Level 32 minus three came down to Level 29, end of story. Then when Atty. Alvarado stepped in with my Levels rising up to Level 34! Determining that I was facing a 262-327 sentencings, vs the original 151-188 months of the Level 29 sentencings I "slightly" panicked. Due of that, I assumed I'd never lay my eyes upon my mother in Phoenix who turned eighty eight last month. In addition of that, I had myself extreme doubt that I would come walking out upon my sentence ending.

While in the Dewitt County Jail during the early half of 2003, I read in Newsweek that 10,000, as of myself will die in our country of Hep C that year! A couple of years ago I went to an old friends funeral, Tom Smith of Wapella. I'd seen him about six months prior drinking beer and seeming fine. Then when I asked how he died? His daughter stated that it was Hep. In more addition of my confidence of living through my sentence, some clown from Blue Mound stated he had read in Dr's medical magazine said that those of Hep C with medication may live for ten years.

Due of that assistance upon my fear of death of not receiving my medication, one of the Dewitt County Cop should of gotten at the Decatur Jail and given to me. When stated that it wasn't there at the Decatur Jail. I called the maintenance man I had told to get it at my apartment when it arrived via Fed Ex, then take it to the Decatur Jail. When he stated he did such, I flipped! I basically assumed that they didn't care of that, and I was gonna die. I then stated on a request that they didn't seem to care of that. I also stated that determining that if I ever feel threatened or upset while I have my opponent, beating on him, I would punch myself into my mouth and sink my bloody little teeth into him so he could ride the Hep C with me! Yes, of that I did sound like either a psycho, or a sociopath. But no, I am neither of those. Basically I was a frightened man, visualizing of dying in prison from Hep C. Of coarse when I sent this in, they sent me immediately to segregation. However my medication did come that day.

Regardless being in segregation without a television for sometime and nobody else around it was a blessing. It did give me opportunity to face of what I had done. In fact, I didn't enjoy my position and was somewhat in peace of myself when I was grabbed. When grabbed I only had a small portion with me. I assumed I could of been bailed, gotten a fair Attorney, then caught a slight sentence, and do a few years. Then I was reported that my place was being hit which took away that lift off of my shoulders, and crushed me with a mountain. Yeah I was actually pleased when I was caught with the small amount. Yes, unlike sexually predators or

child molesters, I did not enjoy my position! If Decatur Illinois wasn't hurting for legitimate job positions. Or, if God had given me a damn Drivers License I would not of stayed there, so wouldn't of been here.

Chief McCuskey, I don't know much to say. "Yes, I know what I was doing. As far as my sanity goes, I truly didn't like what I was doing but somewhat thought I literally had to help my friends." I literally did quit a couple days but couldn't handle their complaints. Well apparently I failed my Psy 302 class. It appears as though they (at least one) truly didn't see me as a friend. When I do get the hell out of here, I will have no desire of seeing any of them. I can only hope that they clean up their sick illness. That gave me a bit of a clear conscience of me squealing on them.

Well Chief Judge McCuskey, I guess I've basically given you my screwed up autobiography through all the screaming letters I'd sent. Hopefully you will analyze me as of what kind of person I truly am when capable with a good opportunity. I don't know of what weight of this mountain on my shoulders you can lighten on me. Please do give me a hand.

Sincerely

David B. Bloomberg
12838-026