David B. Bloomberg  
Federal Inmate  
12838-026

P.O. Box 8000  
McKean Fed. Corr. Inst.  
Bradford, PA  16701

Clerk of the Court  
U.S. Courthouse  
Room 218  
201 S. Vine Street  
Urbana, Ill.  61801

FILED  
JUL 18 2011  
CLERK OF THE COURT  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

02-20031-01

Dear Clerk of the Court:

Good morning, I pray that I'm about to be blessed via the Congress decision upon the event of retroactivity. When I did hear the first part of the ruling of the retroactivity of the Crack charges, I certainly written my last Federal Public Defender Jonathan E. Hawley, Atty. Hawley did somewhat seemed pleased of hearing from me. He then stated that despite of his Federal position changing him as the Chief Federal Public Defender on August 15, 2011, he will stand to remain handling the retroactivity petitions for myself as he did the last of my assistance. His letter stated that if I did wish of his assistance, I'd have to contact of you to verify of his assistance for me. So there be it. I need his help, and want it. Thanks.

Sincerely,  
David B. Bloomberg  
12838-026

In the United States District Court
For the Central District of Illinois
Division:_____

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

David Bloomberg,

    Defendant.

Case Number: 02-20031-01
Judge: Michael P. McCuskey

## MOTION FOR APPOINTMENT OF COUNSEL

I, David B. Bloomberg, the Defendant in the above-captioned case, hereby request that this Honorable Court appoint the Federal Public Defender's Office for the Central District of Illinois to represent me for purposes of litigating a petition under 18 USC 3582(c)(2) to reduce my sentence pursuant to the retroactive crack cocaine guidelines effective November 1, 2011.

Signed: David B. Bloomberg
[SIGNATURE]

Date: 7-13-11

Name: David B. Bloomberg

Reg. No. 12838-026

Address: FCI McKean
P.O. Box 8000
Bradford, PA. 16701