**E-FILED**
Friday, 05 August, 2011 11:27:22 AM
Clerk, U.S. District Court, ILCD

Mr. David B. Bloomberg  P.O. Box 8000
Inmate 12838-026  Bradford, PA 16701
McKean FCI

8-2-11

Clerk of the Court
US Courthouse
Room 218
201 S. Vine Street
Urbana, Ill. 61801

**FILED**
AUG - 5 2011
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Circuit Clerks of the Court:

I wish thanking you of all of your assistanes. However my last in request of the copy of my Plea Agreement didn't give me quite enough of my info. Granted this responce stated that I had no agreement in writing. Thank you Ms Robinson, you did state the date of the Plea Agreement. But despite my complete sobriety I cannot remember the agreement, or the Attorney of which I had use of that moment. I was suggested that a Transcript of my Sentence Hearing may give some form of verification. There was a unique statement in my Pre Trial of which may of completed a Plea Agreement which held, and blocked me from a Jury Trial. Thank again folks,

Case Number  Sincerely,
02 CR 20031  Mayor David Bloomberg